No. 903. SEIDEMAN *v.* HAMILTON. C. A. 3d Cir. Certiorari denied. *B. Nathaniel Richter* and *Lois G. Forer* for petitioner. *Albert E. Brault* and *Denver H. Graham* for respondent.

No. 928. MARSHALL & HUSCHART MACHINERY CO. *v.* DEPARTMENT OF REVENUE, STATE OF ILLINOIS. Supreme Court of Illinois. Certiorari denied. *Fred W. Potter* and *Edward P. Morse* for petitioner. *Grenville Beardsley,* Attorney General of Illinois, *William C. Wines, Raymond S. Sarnow* and *A. Zola Graves,* Assistant Attorneys General, for respondent.

No. 744. OLSHAUSEN *v.* COMMISSIONER OF INTERNAL REVENUE. Motion for leave to file supplement to petition for certiorari granted. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied. *George Olshausen,* petitioner, *pro se. Solicitor General Rankin, Assistant Attorney General Rice* and *I. Henry Kutz* for respondent.

No. 940. CRANE PACKING CO. ET AL. *v.* SPITFIRE TOOL & MACHINE CO., INC. The motion of the American Patent Law Association for leave to file brief, as *amicus curiae,* is granted. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied. *Warren C. Horton, John R. Nicholson* and *Charles M. Nisen* for petitioners. *Clarence E. Threedy* for respondent. *James P. Hume, Robert C. Brown, Jr.* and *George E. Frost* for the American Patent Law Association.

No. 702, Misc. KING *v.* BANNAN, WARDEN. C. A. 6th Cir. Certiorari denied.